# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael J. Melicia | ) | JUDGMENT IN CASE |
| Susan A. Schneider-Melicia**,** | ) | |
| Plaintiff(s), | ) | 3:18-cv-00408-MOC-DSC *SEALED* |
| | ) | |
| vs. | ) | |
| | ) | |
| Marie Hauer | ) | |
| Jim Mixion | ) | |
| Dennis Joseph Gilmore | ) | |
| Dale Fauss | ) | |
| Andrew Vinning | ) | |
| Andrew J. Cecere | ) | |
| Marie Satterfield | ) | |
| Michael R. Bourque Jr. | ) | |
| David S. Kreisman**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2018 Order.

August 7, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court